# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**WILLIAM R. MILLER, ET AL.**                                                **PLAINTIFFS**

**VS.**                                                    **CIVIL ACTION NO. 3:05CV401WHBAGN**

**THOMAS ELMORE, ET AL.**                                           **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for hearing on motion of the parties ore tenus to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as, between and among the parties, is of the opinion that said motion is well taken and should be, and the same is hereby, Granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 15th day of August, 2006.

                                                         s/William H. Barbour, Jr.
                                                         UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

/s/Derek L. Hall
DEREK L. HALL (MSB #10194)
OF COUNSEL FOR PLAINTIFF

/s/ Christopher H. Neyland
CHRISTOPHER H. NEYLAND (MSB #99216)
ATTORNEY FOR DEFENDANTS